JENNIE C. VIEMEISTER, Respondent, v. THOMAS F. ROCHFORD and Others, Defendants, Impleaded with J. RUSSELL SPRAGUE, as Receiver,

etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.